TRULINCS 43563069 - VALDES-AYALA, VALENTIN - Unit: GUA-B-A

REC... 

C...ERK'S...

U.S. DISTRICT...

FROM: 43563069
TO:
SUBJECT: FOR THE RECORD
DATE: 06/29/2021 12:30:21 PM

2021 JUL -9 PM 4: 23

IN THE UNITED STATES DISTRICT COUT
 FOR THE DISTRICT OF PUERTO RICO.

UNITED STATES OF AMERICA
        PLAINTIFF,

        VS.                                          CASE NO.13-853 (ADC)

VALENTIN VALDES AYALA
        DEFENDANT.
_____/

CERTIFIED MAIL NO.7008 1300 0001 9786 4411


                        EMERGENCY / MOTION
                REQUEST MR.VALDES RE-SENTENCING HEARING DAY

TO THE HONORABLE / JUDGE AIDA M. DELGADO COLON OF THE UNITED STATE DISTRICT COURT
OF PUERTO RICO.

COME NOW defendant VALENTIN VALDES AYALA through his undersigned PRO SE and very respectufilly
states and prays as falLows:

INTRODUCTION: DKT 306

1) HAS ANYONE SEEN MY ATTORNEY, LINDA BACKIEL ?
   I THINK SHE'S SUPPOSED TO BE MY ATTORNEY, I'M NOT SURE, BECAUSE I HAVEN'T SEEN HER SINCE
   FEBRUARY 2020.

2) I HEARD FROM MY SON THAT SHE CAN'T COME SEE ME BECAUSE SHE HASN'T BEEN VACCINATED, BUT THIS
   DOESN'T EXPLAIN WHY SHE CAN'T CONTACT ME VIA E-MAIL, LEGAL CALL, LEGAL LETTER, OR BY US POSTAL
SERVICE
   TO KEEP ME INFORMED ABOUT MY CASE.

3) I'M SURE THAT THIS IS INEFFECTIVE REPRESENTATION BY COUNSEL. THIS IS THE SAME ISSUE I HAD WITH MY
   TWO PREVIOUS ATTORNIES, AND NOW SHE MAKES THE THIRD.

4) LCDO.NICOLAS NOGUERAS MY FIRST ATTORNEY LEFT A NINE MONTH GAP FROM THE TIME HE SAW ME AND MY
COURT     DATE AND NEVER USED THIS PRECIOUS TIME TO SHOW ME MY DISCOVERY AND REQUEST MY
SUPPRESSED EVIDENCE,NOR     THE JECK MATERIAL,THE JURY INSTRUCTION AND OF ANOTHER MORE ISSUES.
IT WAS BROUGTH FORTH AFTER STARING     MY TRAIL. LCDO.JOSE R.GAZTAMBIDE THE SECOND ATTORNEY
SUBMITTED A MOTION WITH THE PREPOSTEROUS CLAIM     THAT I WOULD PREFER GUEDELINE LEVEL 30 TO
GUEDELINE LEVEL 24. WHAT SANE PERSON WOULD DO SUCH A THINK.

   (THE SCENE NOW SET, IT'S TIME TO DIVE INTO THE SEVERAL CLAIM OF ERROR VALDES RAISES ON APPEAL)

  * THE TRIAL EVIDENCE AGAINST HIM FOR FOR BANKRUPTCY FRAUD, WIRE FRAUD, AND AGGAVANTED
    IDENTITY TEFT WA INSUFFICIENT. BECAUSE WAS 18 U.S.C. 401 CONTEMPT OF COURT (CIVIL CONTEMPT).
    IS NOT 18 U.S.C. 402 (CRIMINAL CONTEMPT OR INFRACTION) PRESEDENT CASE.

--------------------------------------------------------------------------------

* THE GOVERNMENT EFFECTED A CONSTRUCTIVE AMENDMENT OR PERJUDICIAL VARIANCE IT OF BANKRUPTCY FRAUD
    INDICMENT BY THE EVIDENCE IT CHOSE TO PRESENT AND BY ITS ARGUMENTS AT THE EN OF THE TRIAL.

* THE JURY INSTRUCTION FOR BANKRUPTCY FRAUD AND AGGRAVANTED IDENTITY TEFT WERE EITHER WRONG OR
    DEFICIENT.

* IN AUGUST 15, 2018 THE COURT OF APPEALS FOR THE FIRST CIRCUIT OF BOSTON AND THE THREE (3) JUDGE,
    HOWARD CHIEF JUDGE,THOMPSON AND BARRON, DETERMINED IN MY CASE THAT THE DISTRICT JUDGE USED THE          WRONG VERSION OF THE UNITED STATES SENTENCING COMMISION'S GUEDELINES MANUAL, RESULTING IN TOTAL          OFFENSE LEVEL THA WAS SIX POINTS HIGHER THAN IT SHOULD HAVE BEEN. BEACAUSE THE SENTENCING HEARING
    OCCURRED AFTER THE 2015 GUEDELINES MANUAL TOOK EFFECT (ON NOVEMBER 1,2015), VALDES ASSERTS THE          DISTRICT JUDGE SHOULD HAVE SENTENCE VALDES UNDER THE AMENDED GUEDELINES. WHILE THE DISTRICT JUDGE          CLAIMED TO USE THE NOVEMBER 1, 2015 GUEDELINES MANUAL TO CALCULATE THE APPLICABLE OFFENSE LEVEL, IT          DECIDEDLYDID NOT AND THE GOVERMENT CONCEDES THE ERROR. (EX POST FACTO CASE).

    MY CASE IS SIMILAR EX PARTE BAIN 121 U.S. 1 (1887).

    NOTE:

* AT THE TIME THAT THE COURT APPEALS MADE THE DECISION IN THIS CASE NO.16-1002 - AUGUST 15, 2018 FOR RE-SENTENCING MR.VALDES., ON THIS DAY JUNE 30, 2021 THIS COURT AND THE JUDGE OF THIS CASE (ADC)
    HAVN'T CALLED MR. VALDES FOR RE-SENTENCING AND VACATED HIS SENTENCE OF INCARCERATION THE APPEALS
    COURT SAID.

*THAT IS WHY THE JUDGE OF THIS CASE (ADC) SAID THAT MR.VALENTIN VALDES AYALA WHANTS TO REPRESETED
    BY HIM SELF. BECAUSE MY ATTORNIES DON'T DO WHAT THEY'RE SUPPOSED TO DO.

    FOR THE RECORD AND FOR MY DOCKET SHIP, I ASK THIS HONORABLE JUDGE AIDA M. DELGADO COLON
    TO GRANTED ALL OF MY PRO SE MOTIONS INCLUDE ALL MY 48 EXHIBITS AND AROUND 1,000 DOCUMENT THAT MR.VALDES INTRODUCED IN FEBRUARY 2020 AND HON.JUDGE (ADC) IS IN POSETION OF THOSE DOCUMENTS. THE JUDGE HAS THE POWER TO DO THIS AND HAS YET TO SO. PLEASE INTRODUCE ALL MY EXHIBITS IN MY DOCKET SHIP.
    ABOUT ALL THIS ARGUMENT I HAVE NO CONFIDENCE IN MY ATTORNEY DOING ANYTHING ON MY BEHALF.

PS.
MR.VALENTIN VALDES AYALA IS NOT A CRIMINALY MINDED MEN. HE IS FEDERAL CHAPLAIN, PLEASE DO NOT OBSTRUCT THE JUSTICE AND THE MISSION THAT GOD PUT ON THE HANDS OF THIS MEN, AND HIS MINISTRY.

THANK YOU.

RESPECTUFULLY SIMITTED JUNE 30, 2021IN (MDC) GUAYNABO PR. 00963-2005

VALENTIN VALDES AYALA
INMATE NO.43563-069
UNIT 2-A CEL.219
METROPOLITAN DETENTION CENTER
PO BOX 2005
CATAÑO PR.00963-2005