Valentin Valdes-Ayala
Inmate No. 43563-069
Unidad 2-A Cel. Z21
(MDC) Guaynabo
Metropolitan Detention Center
P.O. Box 2005
Cataño PR. 00963-2005

Legal Mail

TO: United States District Court
For The District of Puerto Rico
Honorable/judge Aida M. Delgado Colón
Federico Degetau Avenue, Room 4
150 Carlos Chardon/Federal Building
San Juan PR 00918-1767

